AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
Northern District of California ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:25-mj-71355 MAG |
| GERONIMO HERNANDEZ | ) | |
| | ) | Charging District:    Central District of California ▼ |
| *Defendant* | ) | Charging District's Case No.   CR09-00484-JFW CDCA |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: George E. Brown, Jr. Federal Building<br>3470 Twelfth Street<br>Riverside, CA 92501-3801 | Courtroom No.: Criminal Duty Court |
|---|---|
| | Date and Time: 12/4/2025 2:21 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:       11/25/2025

_____
*Judge's signature*

Susan van Keulen, United States Magisrrate Judge
_____
*Printed name and title*